# United States Bankruptcy Court
# Northern District of Georgia, Rome Division

In re: **Walker, Roland Lavell Jr.**   )   Case No. **17-40436-PWB**
Debtor(s)   )   Chapter **13**

## MOTION TO DISBURSE FUNDS ON HAND

1.

Debtor shows the Court that he has received a Worker's Compensation Settlement in the amount off $24,178.00 in March 2018.

2.

Debtor paid $10,330.00 to the Trustee for his Chapter 13 case in March 2018.

WHEREFORE, Debtor prays that the funds from the settlement be disbursed to creditors by the Trustee.

Respectfully submitted, this

**June 30, 2020**

*/s/ W Jeremy. Salter*

**W Jeremy. Salter, Ga Bar # 303979**
Attorney for Debtor(s)
**LAW OFFICE OF W. JEREMY SALTER**
**PO Box 609**

Rome, GA  30162-0609
**(706) 295-1300**
**jeremy@jsalterlaw.com**

# United States Bankruptcy Court
# Northern District of Georgia, Rome Division

In re:   **Walker, Roland Lavell Jr.**                                )   Case No.  **17-40436-PWB**
         Debtor(s)                                                    )   Chapter   **13**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE that Walker, Roland Lavell Jr. filed a Motion to Disburse Funds on Hand.**

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the motion in Courtroom 342, United States Courthouse, 600 East First Street, Rome Georgia on JULY 21, 2020 AT 10:00 AM.**
**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**
**http://www.ganb.uscourts.gov/news/public-notice-regarding-court-operations-during-covid-19-outbreak**

**Your rights may be affected by the Court's ruling on this Motion.. You should read this Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to granted the relief sought in this Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.**

    Respectfully Submitted
    this June 30, 2020 by

/s/_____

**W Jeremy. Salter, Ga Bar # 303979**

Attorney for Debtor(s)
LAW OFFICE OF W. JEREMY SALTER
**PO Box 609**
**Rome, GA  30162-0609**
**(706) 295-1300**
**jeremy@jsalterlaw.com**

# Certificate of Service

I certify that I have this date served the following parties with a true and correct copy of the within and foregoing pleading via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

| | |
|---|---|
| Mary Ida Townson, Esq.<br>Standing Chapter 13 Trustee<br>285 Peachtree Center Ave. Suite 1600<br>Atlanta, GA, 30303 | Walker, Roland Lavell Jr.<br>409 Leafmore Rd SW<br>Apt C<br>Rome, GA 30165-3862 |

**All other creditors listed on the attached were also served as noted above.**

Date:  **June 30, 2020**            */s/ W Jeremy. Salter*

**W Jeremy. Salter, Ga Bar # 303979**

Attorney for Debtor(s)
LAW OFFICE OF W. JEREMY SALTER
**PO Box 609**

**Rome, GA  30162-0609**
**(706) 295-1300**
**303979**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 17-40436-pwb<br>Northern District of Georgia<br>Rome<br>Tue Jun 30 10:28:57 EDT 2020 | 1st Franklin Financial (Cedartown)<br>1570 Rome Hwy<br>Cedartown, GA  30125-4403 | 1st Franklin Financial Corporation<br>PO Box 1149<br>Rome, GA 30162-1149 |
| ACA International<br>PO Box 390106<br>Minneapolis, MN  55439-0106 | Akeya Wells<br>6 Eastridge Ct SW<br>Rome, GA  30161-6137 | Alcoa Billing Center<br>3429 Regal Dr<br>Alcoa, TN  37701-3265 |
| Amaris Davis<br>c/o Child Support Enforcement<br>450 Riverside Pkwy NE Ste 100<br>Rome, GA  30161-2975 | America's Car-Mart INC<br>PO BOX 2580<br>Bentonville, AR 72712-7701 | Apex Finance<br>PO Box 3146<br>Spartanburg, SC  29304-3146 |
| Cartersville Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Colonial Auto Financial<br>802 SE Plaza Ave Ste 114<br>Bentonville, AR  72712-3220 | Credit Management, L.P.<br>PO Box 118288<br>Carrollton, TX  75011-8288 |
| Exeter Finance Corp.<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance Corp.<br>Ascension Capital Group<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance Corp.<br>PO Box 166097<br>Irving, TX  75016-6097 |
| Fed Loan Servicing<br>PO Box 69184<br>Harrisburg, PA  17106-9184 | Full Sail University<br>2300 University Blvd<br>Winter Park, FL  32792 | Georgia Bone & Joint Surgeons<br>15 Medical Dr NE<br>Cartersville, GA  30121-8005 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Albert Clark Guthrie<br>Mary Ida Townson, Ch. 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Jennifer K. McKay<br>Fuller, McKay & Salter<br>PO Box 609<br>Rome, GA 30162-0609 | Redmond Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Jonathan M. Rolnick<br>Jonathan M. Rolnick, LLC<br>2900 Chamblee Tucker Road<br>Building 9, Suite 200<br>Atlanta, GA 30341-4100 | Philip L. Rubin<br>Lefkoff, Rubin. Gleason & Russo<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC  29304-1893 |
| W. Jeremy Salter<br>Law Office of W. Jeremy Salter<br>P.O. Box 609<br>Rome, GA 30162-0609 | W. Jeremy Salter<br>Salter & Salter, P.C.<br>PO Box 609<br>Rome, GA 30162-0609 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 |

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Verizon Wireless<br>Attn Bankruptcy Dept<br>PO Box 105378<br>Atlanta, GA  30348-5378 | Roland Lavell Walker Jr.<br>120 Rising Fawn Trail NW<br>Rome, GA 30165 | Wollemi Acquisitions, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Wollemi Acquisitions, LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Wollemi Acquisitions, LLC c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>Complaince Division ARCS--Bankruptcy<br>1800 Century Blvd NE Ste 9100<br>Atlanta, GA  30345-3202 | Lendmark Financial Services<br>2118 Usher St NW<br>Covington, GA  30014-2434 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Exeter Finance Corp.<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City OK 73118-7901 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     1<br>Total                  38 |