**IT IS ORDERED as set forth below:**



**Date: July 27, 2020**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Action No.: |
| | ) | 17-40346-PWB |
| RONALD LAVELL WALKER, JR. | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO
DISBURSE PROCEEDS ON HAND**

This matter having been called for hearing on July 21, 2020 and having been duly filed and properly served, counsel for Debtor and the Standing Chapter 13 Trustee having announced their consent to this Order and having no further opposition announced, it is

**HEREBY ORDERED** that the Debtor's Motion be, and hereby is, **GRANTED**. The $10,330.00 paid on March 2018 to the Chapter 13 Trustee is hereby ruled a payment for the benefit of the unsecured claims, and it is

**HEREBY ORDERED** that the Trustee's office may disburse any remaining aforementioned funds in accordance with Debtor's confirmed Chapter 13 Plan, and it is

**HEREBY ORDERED** that the Chapter 13 Trustee may take her fee on the funds.

### END OF ORDER

Presented and Prepared By:

\_s/ W. Jeremy Salter_____
W. Jeremy Salter
Attorney for the Debtor
Ga. Bar No.: 303979
PO Box 609
Rome, GA 30162
Tel: 706-295-1300
jeremy@jsalterlaw.com

Consented To By:

\_\_\_\_s/ Albert C. Guthrie\_
Albert C. Guthrie
Staff Attorney for Mary Ida Townson
Standing Chapter 13 Trustee
Ga. Bar No.: 142399
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
Tel: 404-525-1110
AlbertG@atlch13tt.com

### DISTRIBUTION LIST

Roland Lavell Walker, Jr.
120 Rising Fawn Trl NE
Rome, GA 30165

Mary Ida Townson Standing
Chapter 13 Trustee
285 Peachtree Center Ave NE
Suite 1600
Atlanta, GA 30303

Law Office of W. Jeremy Salter

PO Box 609
Rome, GA 30162